IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| AIMEE DANSIE, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>MATT NIELSON, an individual; RON JENSEN, and individual; CLEAR PATHWAYS RESIDENTIAL, LLC (RECOVERY LIFESTYLE CENTER), a Utah limited liability company,<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br><br>Case No. 2:19-cv-00537-DBB-CMR<br><br>District Judge David Barlow |
| CLEAR PATHWAYS RESIDENTIAL, LLC, a Utah Limited Liability Company,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>AIMEE DANSIE, An Individual,<br><br>    Counterclaim Defendant. | |

IT IS ORDERED AND ADJUDGED:

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties have filed a Joint Notice of Dismissal With Prejudice.[1] All parties having agreed to dismissal of this action, the Clerk of Court is directed to close this case. Each party shall bear its own costs, expenses, and attorney fees.

    Signed December 21, 2020.

                                    BY THE COURT:

                                    David Barlow
                                    District Court Judge

---

[1] ECF No. 28.